UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAYRA SUAREZ,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>EMIRATES,<br><br>                    Defendant. | 20 Civ. 3623 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The pre-motion conference, previously scheduled for September 25, 2020, is hereby ADJOURNED to **September 30, 2020, at 3:00 p.m.**

SO ORDERED.

Dated:  August 14, 2020
        New York, New York

*[signature]*

KATHERINE POLK FAILLA
United States District Judge