UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAYRA SUAREZ,<br><br>                    Plaintiff,<br><br>           -v.-<br><br>EMIRATES,<br><br>                    Defendant. | 20 Civ. 3623 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On August 14, 2020, the Court scheduled a pretrial conference in this action for September 30, 2020, at 3:00 p.m (Dkt. #20).  That conference will proceed as scheduled telephonically.  Both counsel and defendants shall appear telephonically for the conference.  The dial-in information is as follows: At 3:00 p.m. on September 30, 2020, the parties shall call (888) 363-4749 and enter access code 5123533.  Please note, the conference will not be available prior to 3:00 p.m.

SO ORDERED.

Dated:   September 25, 2020
        New York, New York

                                                     _____
                                                     KATHERINE POLK FAILLA
                                                     United States District Judge