



**HYONGSOON KIM**
+1 949.885.4218/fax: +1 949.885.4101
kimh@akingump.com

November 20, 2020

<u>VIA ECF</u>

Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Suarez v. Emirates*, 20-cv-03623-KPF

Dear Judge Failla:

    This firm represents defendant Emirates ("<u>Defendant</u>") in the above-captioned matter. We respectfully submit this request for a 7-day extension of time to file our joint stipulation of settlement and dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The current deadline to file the stipulation is November 20. Accordingly, the proposed extension of time would extend the deadline to Friday, November 27.

    Counsel requests this extension insofar as the written settlement agreement was just finalized yesterday and some additional time is required to obtain overseas signatures.

    No adjournments or extensions of this deadline previously have been sought, and the proposed extension does not affect any other scheduled dates. Defendant has met and conferred with Plaintiff regarding the proposed extension of time, and Plaintiff has consented to Defendant's request.

    Respectfully,

    */s/ Hyongsoon Kim*

    Hyongsoon Kim

Application GRANTED.

Dated: November 20, 2020
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE