UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAYRA SUAREZ, on behalf of herself and all others similarly situated,<br><br>                        Plaintiff,<br><br>     v.<br><br>EMIRATES,<br><br>                        Defendant. | Case No. 1:20-cv-03623-KPF<br><br>**JOINT STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AND ORDER** |

IT IS HEREBY STIPULATED by and between the parties, Plaintiff Sayra Suarez ("Plaintiff") and Defendant Emirates ("Defendant"), through their respective counsel, that:

1. Plaintiff, by and through her undersigned counsel of record, hereby dismisses her claims with prejudice against Defendant pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. Each party shall bear its own costs and fees.

Dated: December 9, 2020

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: _/s/ Max S. Roberts_
    Max S. Roberts

Andrew J. Obergfell
Max S. Roberts
888 Seventh Avenue, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: aobergfell@bursor.com
       mroberts@bursor.com

Yeremey O. Krivoshey (*Pro Hac Vice*)
Bursor & Fisher, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596

Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ykrivoshey@bursor.com

*Attorneys for Plaintiff*
*Sayra Suarez*

**AKIN GUMP STRAUSS HAUER & FELD, LLP**

Dated: December 9, 2020

By: _____
Robert H. Pees

Robert H. Pees
Hyongsoon Kim
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: rpees@akingump.com
         kimh@akingump.com

*Attorneys for Defendant*
*Emirates*

IT IS SO ORDERED.

Dated: December 9, 2020

_____
Hon. Katherine Polk Failla
United Stated District Judge

2